# Notice Recipients

District/Off: 0971–4          User: rasingh          Date Created: 10/17/2019

Case: 19–42344          Form ID: 309E          Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Satya N Velu      7190 Rosecliff Court      Pleasanton, CA 94566

ust     Office of the U.S. Trustee/Oak      Office of the United States Trustee      Phillip J. Burton Federal
        Building      450 Golden Gate Ave. 5th Fl., #05–0153      San Francisco, CA 94102

smg     Labor Commissioner      1515 Clay St.      Room 801      Oakland, CA 94612

smg     State Board of Equalization      Collection Dept.      P.O. Box 942879      Sacramento, CA 94279

smg     IRS      P.O. Box 7346      Philadelphia, PA 19101–7346

smg     CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento,
        CA 94280–0001

smg     CA Franchise Tax Board      Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA
        95812–2952

TOTAL: 7